# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00332-CR

**Martin Lujan, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. D-1-DC-11-204642, THE HONORABLE KAREN SAGE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Martin Lujan seeks to appeal from a judgment of conviction for family violence assault. *See* Tex Penal Code Ann. § 22.01(b)(2)(A) (West 2011). The trial court has certified that this is a plea bargain case and Lujan has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed: June 8, 2012

Do Not Publish